```
1  PHILLIP A. TALBERT
   United States Attorney
2  AMANDA BECK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7
```



FILED
AUG 0 9 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF 170 W. Ninth Street, Stockton, California | CASE NO. 2:17-SW-0708 EFB<br><br>[PROPOSED] ORDER RE: REQUEST FOR UNSEALING OF SEARCH WARRANT MATERIALS |
|---|---|

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant, application, affidavit, and return are unsealed.

DATED: 8-9-2017

Hon. Edmund F. Brennan
United States Magistrate Judge